# STATE OF MICHIGAN

# COURT OF APPEALS

ESTATE OF KENNETH GENE OWENS, by
ROBIN M. OWENS, Personal Representative,

UNPUBLISHED
June 28, 2018

Plaintiff-Appellee,

v

No. 338392
Oakland Circuit Court
LC No. 2016-152752-NO

MANTHA MANAGEMENT GROUP, INC.,
doing business as TIM HORTON'S OF
WATERFORD,

Defendant-Appellant,

and

MECO PROPERTY MAINTENANCE, INC.,
LEONARD C. CARNAGHI, INC., NAGLE
PAVING COMPANY, THD DONUT
DELAWARE, INC., and TIM DONUTS US
LIMITED, INC.,

Defendants.

Before: MURPHY, P.J., and JANSEN and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J. (*concurring*).

I concur with the majority's reasoning regarding causation and the result of the opinion on that basis. However, I decline to join with the remainder of the majority's opinion.

/s/ Amy Ronayne Krause

-1-